**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00848-CV

**A22 TRANSPORTATION CO., INC., Appellant**

**V.**

**RONALD THOMAS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1 8-1 9059**

## ORDER

Before the Court is the February 22, 2021 second request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 1, 2021**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE